UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-588-CAS(VBKx) | Date | August 1, 2008 |
|---|---|---|---|
| Title | *VINCENT C. WHITE v. CALIFORNIA COMMUNITY COLLEGES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 18, 2008** why this action should not be dismissed for lack of prosecution **as to defendants ANTELOPE VALLEY COLLEGE BOARD OF TRUSTEES; JACK SEEFUS, in his individual capacity; JACK SEEFUS, in his official capacity; BETTY WIENKE, in her individual capacity; BETTY WIENKE, in her official capacity; MICHAEL ADAMS, in his individual capacity; MICHAEL ADAMS, in his official capacity; STEVE FOX, in his individual capacity; STEVE FOX, in his official capacity; EARL WILSON, in his individual capacity; and EARL WILSON, in his official capacity, only;**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A proof of service of Summons on Amended Complaint and Amended Complaint on **defendants ANTELOPE VALLEY COLLEGE BOARD OF TRUSTEES; JACK SEEFUS, in his individual capacity; JACK SEEFUS, in his official capacity; BETTY WIENKE, in her individual capacity; BETTY WIENKE, in her official capacity; MICHAEL ADAMS, in his individual capacity; MICHAEL ADAMS, in his official capacity; STEVE FOX, in his individual capacity; STEVE FOX, in his**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-588-CAS(VBKx) | Date | August 1, 2008 |
|---|---|---|---|
| Title | *VINCENT C. WHITE v. CALIFORNIA COMMUNITY COLLEGES; ET AL.* | | |

**official capacity; EARL WILSON, in his individual capacity; and EARL WILSON, in his official capacity**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |